BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HARALD SAUERHOEFER,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants. | Case No.: 2:14-cv-1059 TLN AC<br><br>**JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME** |

This is an immigration case in which plaintiff has challenged the alleged delay in the adjudication of his adjustment of status application by U.S. Citizenship and Immigration Services (CIS). The parties are exploring the possibility of a resolution of this matter at the administrative level, and accordingly stipulate to a 30 day extension of time in which the government's answer may be filed, until August 4, 2014.

///

///

///

///

///

1

| | |
|---|---|
| Dated:  June 16, 2014 | Respectfully submitted, |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| | s/ Audrey B. Hemesath<br>AUDREY B. HEMESATH<br>Assistant United States Attorney |
| | s/ Lisa Suzanne Anderson<br>LISA SUZANNE ANDERSON<br>Attorney for the Plaintiff |

## ORDER

The time for the filing of the government's answer is extended to August 4, 2014.

Dated: June 24, 2014

_____
Troy L. Nunley
United States District Judge

2